IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS                                                      PLAINTIFF

V.                                    NO.  3:07CV00167 JMM

JOHN N. FOGLEMAN                                                      DEFENDANT

                                    ORDER

        The Court has reviewed the Proposed Findings and Recommended Disposition

received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The

Findings and Recommendations are adopted in their entirety as this Court's findings.

        Accordingly, Plaintiff's case is hereby dismissed in its entirety, with prejudice, for

failure to state a claim.  All pending motions are denied as moot.

        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from this order adopting the recommendations and any judgment entered

hereunder would not be taken in good faith.  Further, this dismissal counts as a "strike" as

frivolous pursuant to 28 U.S.C. § 1915(g).

        IT IS SO ORDERED this   12   day of  December,  2007.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE