IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS FLOWERS                                                        PLAINTIFF

V.                                        NO.  3:07CV00167 JMM

JOHN N. FOGLEMAN                                                        DEFENDANT

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint in its entirety, with prejudice.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this

judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this   12   day of   December,, 2007.


_____
UNITED STATES DISTRICT JUDGE